# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN


U.S. District Court
Wisconsin Eastern
JUN 3 0 2023
FILED
Clerk of Court

(Full name of plaintiff(s))

Justin
James
Meredith

v.

Case Number:

(Full name of defendant(s))

Brown County Jail
Brown County Sherriff's Department, John Doe's
Brown County, B Laurent, Stevenson, Fox

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __3030 curry ln. Green Bay Wi 54311__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Brown County, Brown County Jail, Brown County Sherriff Dept. Officer B Laurent, Officer Stevenson, Officer Fox__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)

Complaint – 1

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Brown County Jail _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I Justin Meredith was in my cell at the Brown county Jail on _____ and was speaking to my cell mate Christopher Woodliff in audible tones not being disruptive when officer Stevenson came on my speaker and issued me a noise violation violating my freedom of speech. It is widespred practice and policy through the jail among the staff to ~~enforce~~ restrict and suppress speech to no more than a whisper. So extreme to the point of conversation being inaudible

Developing speech impedements and conversation is abandoned altogether, Violating our freedom of speech. Furthermore Whispering is a sin Violating our Religious Freedoms. Although officers claim Safety Protocall it is apparent officer's are only "powertripping" inflicting control based off selfseeking insecure ego's.
This is also Harrassment again violating our rights.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want the Gaurds to stop inflicting their personal will on the inmates based upon their own insecurities.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ — YES (struck out)        ☒ — NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this  26  day of  June  20 23.

Respectfully Submitted,

*[signature]*

Signature of Plaintiff

930000027606

Plaintiff's Prisoner ID Number

3030 Curry Lane
Green Bay, WI 54311

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.