# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JUSTIN JAMES MEREDITH,

          Plaintiff,

v.

BROWN COUNTY JAIL, BROWN COUNTY SHERIFF'S DEPARMENT, JOHN DOES, OFFICER B. LAURENT, OFFICER STEVENSON, and OFFICER FOX,

          Defendants.

Case No. 23-CV-884-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

APPROVED:

_s/ J.P. Stadtmueller_
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

August 14, 2023     *s/ Jodi L. Malek*
Date     By: Deputy Clerk